UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUANITA KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 16-2176 (KBJ) |
| | ) |
| GEORGE ERVIN PERDUE, III Secretary, | ) |
| United States Department of Agriculture | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION TO STAY PROCEEDINGS
IN LIGHT OF LAPSE IN APPROPRIATIONS**

Defendant's Reply is due on January 9, 2019, and as a result, the Defendant hereby moves for a stay of the above-captioned civil action for the following reasons:

1. At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice (Department) expired and appropriations to the Department lapsed. The same is true for several other executive agencies. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Defendant, through counsel, therefore requests a stay of this civil action until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court within five days after Congress has appropriated funds for the Department. Defendant

1

respectfully requests that all current deadlines for the parties be extended commensurate with the calendar day duration of the lapse in appropriations.

5. Pursuant to Local Rule 7(m), counsel has contacted Plaintiff to ascertain her position on this motion. Plaintiff has not responded as of the close of business, January 7, 2019.

Although we greatly regret any disruption caused to the Court and the other litigants, Defendant hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: January 8, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. Bar # 924092
Chief, Civil Division

     Heather Graham-Oliver
Assistant United States Attorney
Civil Division
U.S. Attorney's Office, District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-2520
Fax: (202) 252-2599
Heather.graham-oliver@usa.doj.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUANITA KENNEDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 16-2176 (KBJ) |
| | ) |
| GEORGE ERVIN PERDUE, III Secretary, | ) |
| United States Department of Agriculture | ) |
| | ) |
| Defendant. | ) |
| | ) |

# [PROPOSED] ORDER

In consideration of the Defendant's Motion to Stay Proceedings in Light of the Lapse in Appropriations, it is hereby ORDERED that the motion is GRANTED and all deadlines are stayed.

It is FURTHER ORDERED that all current deadlines for the parties shall be extended commensurate with the calendar day duration of the lapse in appropriations and Defendant's counsel shall notify the Court within five days after Congress has appropriated funds for the Justice Department.

_____
DISTRICT COURT JUDGE