IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUANITA KENNEDY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TIM VILSACK[1] Secretary, )<br>United States Department of Agriculture )<br>)<br>Defendant. )<br>) | Civil Action No. 16-2176 (KBJ) |

**DEFENDANT'S STATUS REPORT**

Pursuant to this Court's Minute Order of March 23, 2022, Defendant, Tim Vilsack, Secretary of the United States Department of Agriculture, in his official capacity, hereby reports to the Court concerning mediation as follows:

The Defendant does not believe that mediation will be fruitful at the present time.

Dated: March 30, 2022
Washington, DC

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES, D.C. Bar # 481052
                                              United States Attorney

                                              BRIAN P. HUDAK
                                              Acting Chief, Civil Division

                                  By:    /s/
                                              HEATHER GRAHAM-OLIVER
                                              Assistant United States Attorney

---

[1] Tom Vilsack is the current Secretary of the U.S. Department of Agriculture and as such is automatically substituted for George Perdue III pursuant to Fed. R. Civ. P. 25(d).

555 Fourth Street, NW
Washington, DC 20530
(202) 252-2520
heather.graham-oliver@usdoj.gov

Attorneys for the United States of America