# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JUANITA KENNEDY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-2176 (KBJ) |
| TIM VILSACK, Secretary, U.S. Dept. of Agriculture | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Juanita Kennedy .

Date: 09/18/2024

/s/ George Rose
*Attorney's signature*

George A. Rose - #26086
*Printed name and bar number*

Tully Rinckey, PLLC
2001 L. Street, NW Suite 902
Washington DC 20036
*Address*

grose@tullylegal.com
*E-mail address*

(202) 787-1900
*Telephone number*

(202) 640-2059
*FAX number*